**BARNABAS HEALTH**
Barnabas Health Home Care
95 Old Short Hills Road
West Orange, NJ 07052

| Pay Group: | CKH-CMK Hourly Employees | Advice #: | 01536913 |
|---|---|---|---|
| Pay Begin Date: | 07/06/2014 | Advice Date: | 07/25/2014 |
| Pay End Date: | 07/19/2014 | | |

Patricia Ann Gardocki-Schultz
PO BOX 142
NEWFOUNDLAND, NJ 07435-0142

| Employee ID: | 322532 |
|---|---|
| Department: | 1307630-Home Health - Essex |
| Location: | Jersey Care Home Health |
| Job Title: | Visiting RN |
| Pay Rate: | $37.776882 Hourly |

**TAX DATA:**

| | Federal | NJ State |
|---|---|---|
| Marital Status: | Married | M/CU-Joint |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 37.78 | 56.00 | 2,115.51 | 636.00 | 24,026.15 |
| On Call Dollars | | | 64.00 | | 64.00 |
| Overtime | | 1.00 | 57.45 | 1.00 | 57.45 |
| Holiday Worked | | | 0.00 | 12.00 | 679.98 |
| PTO Scheduled | | | 0.00 | 240.02 | 9,067.25 |
| PTO Unscheduled | | | 0.00 | 8.00 | 302.22 |
| **TOTAL:** | | **57.00** | **2,236.96** | **897.02** | **34,197.05** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 251.89 | 3,907.13 |
| Fed MED/EE | 32.43 | 481.35 |
| Fed OASDI/EE | 138.69 | 2,058.20 |
| NJ Unempl EE | 0.00 | 120.49 |
| NJ NJ HCSF | 0.00 | 0.00 |
| NJ NJ WDPF | 0.00 | 7.88 |
| NJ NJ SWAF | 0.00 | 5.51 |
| NJ FLI/EE | 0.00 | 31.50 |
| NJ Withholding | 43.09 | 759.08 |
| **TOTAL:** | **466.10** | **7,371.14** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical - Select | 0.00 | 1,003.28 |
| **TOTAL:** | **0.00** | **1,003.28** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Misc - Other | 551.56 | 4,964.04 |
| Optional Buy-Up LTD | 0.00 | 130.66 |
| Optional Life Insurance | 0.00 | 33.39 |
| Spousal Life | 0.00 | 13.38 |
| Garnish-Writ | 0.00 | -5,515.61 |
| GarnishWrit (Amount) | 0.00 | 1,200.88 |
| GarnishWrit (Co. Fee) | 0.00 | 60.04 |
| Temporary Disability Benefit | 0.00 | 119.70 |
| Travelers Auto/Home | 0.00 | 1,709.58 |
| **TOTAL:** | **551.56** | **2,716.06** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Imputed Income - Participant* | 0.00 | 3.08 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,236.96 | 2,236.96 | 466.10 | 551.56 | 1,219.30 |
| YTD | 34,197.05 | 33,196.85 | 7,371.14 | 3,719.34 | 23,106.57 |

## ACCRUAL BALANCES

| PTO: | 22.77 |
|---|---|
| EIB: | 262.56 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #01536913 | Checking | *****7190 | 1,219.30 |
| **TOTAL:** | | | **1,219.30** |

MESSAGE:

$551.56