# SCURA, WIGFIELD, HEYER & STEVENS, LLP

ATTORNEYS AT LAW
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391   Fax: (973) 696-8571
WWW.SCURAMEALEY.COM

JOHN J. SCURA II ○ **
JOHN J. SCURA III ● *
DAVID C. WIGFIELD
CHRISTOPHER HEYER ○
DAVID L. STEVENS ○
_____

CHRISTOPHER J. BALALA ●
LYAN HUMMELL
DAVID E. SKLAR ○

OF COUNSEL
RONALD P. MEALEY ○

\* **Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney**

\** **Board Certified-Business Bankruptcy Law
American Board of Certification**

○ Also admitted in New York
● Also admitted in Pennsylvania

**Please Reply to Wayne Office**

July 29, 2014

Via Fax 732-818-6888
Barnabas Health
Attn: Human Resources

Re:   Patricia Gardocki-Schultz
      Chapter 13 Bankruptcy: 14-23200-DHS

Dear Sir/Madam:

Please be advised that I represent the above-named debtors in connection with a Chapter 13 Bankruptcy. Under 11 U.S.C. § 362, an Automatic Stay on all collection efforts is in place and any collection efforts must cease and desist. My client has advised me that you have collected on an outstanding debt. **Please stop your collection efforts in this matter immediately.** Additionally, any garnished wages are to be returned to Ms. Gardocki-Schultz.

Your failure to do so will result in me filing suit against you for sanctions and attorney's fees for violation of the Automatic Stay.

Very truly yours,

Christopher J. Balala

CJB:jbe