# SCURA, WIGFIELD, HEYER & STEVENS, LLP

ATTORNEYS AT LAW
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391    Fax: (973) 696-8571
WWW.SCURAMEALEY.COM

| | |
|---|---|
| JOHN J. SCURA II ○ ** <br> JOHN J. SCURA III ● * <br> DAVID C. WIGFIELD <br> CHRISTOPHER HEYER ○ <br> DAVID L. STEVENS ○ <br> _____ <br><br> CHRISTOPHER J. BALALA ● <br> LYAN HUMMELL <br> DAVID E. SKLAR ○ <br><br> OF COUNSEL <br> RONALD P. MEALEY ○ | * **Certified by the Supreme Court of New Jersey as a Civil Trial Attorney** <br><br> ** **Board Certified-Business Bankruptcy Law American Board of Certification** <br><br> ○ Also admitted in New York <br> ● Also admitted in Pennsylvania <br><br> **Please Reply to Wayne Office** |

August 5, 2014

<u>Via Fax 732-818-6888</u>
Barnabas Health
Attn: Human Resources

    Re:    Patricia Gardocki-Schultz
            Chapter 13 Bankruptcy: 14-23200-DHS

Dear Ellen:

    We spoke last week after you received my July 29, 2014 fax (copy attached). You stated you would look into the issue and get back to me. I have not heard from you. Any garnished wages are to be returned to Ms. Gardocki-Schultz.

    I am informed that she is to be paid again on Friday. Should funds be deducted from her paycheck I will file suit against Barnabas Health for sanctions and attorney's fees for violation of the Automatic Stay.

                                                             Regards,

                                                             _____
                                                              Christopher J. Balala, Esq.