## BARNABAS HEALTH
Barnabas Health Home Care
95 Old Short Hills Road
West Orange, NJ 07052

| | |
|---|---|
| Pay Group: | CKH-CMK Hourly Employees |
| Pay Begin Date: | 07/20/2014 |
| Pay End Date: | 08/02/2014 |

| | |
|---|---|
| Advice #: | 01553348 |
| Advice Date: | 08/08/2014 |

Patricia Ann Gardocki-Schultz
PO BOX 142
NEWFOUNDLAND, NJ 07435-0142

| | |
|---|---|
| Employee ID: | 322532 |
| Department: | 1307630-Home Health - Essex |
| Location: | Jersey Care Home Health |
| Job Title: | Visiting RN |
| Pay Rate: | $37.776882 Hourly |

**TAX DATA:**

| | Federal | NJ State |
|---|---|---|
| Marital Status: | Married | M/CU-Joint |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 37.78 | 80.00 | 3,022.16 | 716.00 | 27,048.31 |
| Holiday Worked | | 0.00 | 0.00 | 12.00 | 679.98 |
| On Call Dollars | | | 0.00 | 64.00 | |
| Overtime | | 0.00 | 0.00 | 1.00 | 57.45 |
| PTO Scheduled | | 0.00 | 0.00 | 240.02 | 9,067.25 |
| PTO Unscheduled | | 0.00 | 0.00 | 8.00 | 302.22 |
| **TOTAL:** | | **80.00** | **3,022.16** | **977.02** | **37,219.21** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 312.75 | 4,219.88 |
| Fed MED/EE | 38.34 | 519.69 |
| Fed OASDI/EE | 163.92 | 2,222.12 |
| NJ Unempl EE | 0.00 | 120.49 |
| NJ NJ HCSF | 0.00 | 0.00 |
| NJ NJ WDPF | 0.00 | 7.88 |
| NJ NJ SWAF | 0.00 | 5.51 |
| NJ FLI/EE | 0.00 | 31.50 |
| NJ Withholding | 68.25 | 827.33 |
| **TOTAL:** | **583.26** | **7,954.40** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Adjust Med - Select | 223.53 | 223.53 |
| Medical - Select | 155.95 | 1,159.23 |
| **TOTAL:** | **379.48** | **1,382.76** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Adjust Optional Buy-Up LTD | 29.11 | 29.11 |
| Adjust Optional Life | 7.44 | 7.44 |
| Adjust Spousal Life | 2.98 | 2.98 |
| Optional Buy-Up LTD | 20.31 | 150.97 |
| Misc - Other | 551.56 | 5,515.60 |
| Optional Life Insurance | 5.19 | 38.58 |
| Spousal Life | 2.08 | 15.46 |
| Garnish-Writ | 0.00 | -5,515.61 |
| GarnishWrit (Amount) | 0.00 | 1,200.88 |
| GarnishWrit (Co. Fee) | 0.00 | 60.04 |
| Temporary Disability Benefit | 0.00 | 119.70 |
| Travelers Auto/Home | 0.00 | 1,709.58 |
| **TOTAL:** | **618.67** | **3,334.73** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Adjust Imputed Inc-Participant* | 0.84 | 0.84 |
| Imputed Income - Participant* | 0.28 | 3.36 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,022.16 | 2,643.80 | 583.26 | 998.15 | 1,440.75 |
| YTD | 37,219.21 | 35,840.65 | 7,954.40 | 4,717.49 | 24,547.32 |

### ACCRUAL BALANCES

| | |
|---|---|
| PTO: | 34.15 |
| EIB: | 264.71 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #01553348 | Checking | *****7190 | 1,440.75 |
| **TOTAL:** | | | **1,440.75** |

MESSAGE:

$551.56