**SCURA, WIGFIELD, HEYER & STEVENS LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
CHRISTOPHER J. BALALA (Attorney ID 030732010)
COUNSEL FOR THE DEBTOR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| *In re:* <br><br> PATRICIA GARDOCKI-SCHULTZ, <br><br> Debtor. | Chapter 13 <br><br> Case No. 14-23200 <br> Hon. Donald H. Steckroth <br><br> Hearing Date: August    , 2014 at __:00 <br> Oral Argument Requested |

I, Patricia Gardocki-Schultz, do hereby certify the following:

1.   I am the Patricia Gardocki-Schultz in the captioned Chapter 13 proceeding (hereinafter "Debtor") and as such I am fully familiar with the facts surrounding this matter and submit this certification in support of the an order holding Barnabas Health Home Care ("Barnabas") in contempt and sanctioning Barnanas for its violation of the provisions of the automatic stay 11 U.S.C. §362(a).

2.   On June 27, 2014, I commenced this bankruptcy petition seeking relief pursuant to Chapter 13 of the Bankruptcy Code.

3.   Barnabas garnished my wages on July 25th and August 8th.  The total amount of post-petition wages that were garnished by the Service was $1,103.00.  Barnabas continues to garnish my wages in the bi-weekly amount of $551.56 leaving me a balance of $1,219.30 in bi-weekly net pay.

4.   I respectfully request that this Court find Barnabas in contempt of court for its violation of the automatic stay; to enter the proposed order annexed hereto awarding me the costs of bringing this motion; and for such other and further relief as may be just.

I hereby certify that the foregoing statements made by us are true.  I understand that if any of the aforementioned statements are willfully false, I am subject to punishment.

/s/ Patricia Gardocki-Schultz

Dated: August 8, 2014

Patricia Gardocki-Schultz