**SCURA, WIGFIELD, HEYER & STEVENS LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
CHRISTOPHER J. BALALA (Attorney ID 030732010)
COUNSEL FOR THE DEBTOR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Chapter 13 |
| PATRICIA GARDOCKI-SCHULTZ | Case No. 14-23200 |
| Debtor. | Hon. Donald H. Steckroth |
| | Hearing Date: August   , 2014 at __:__ |
| | Oral Argument Requested |

### ORDER SANCTIONING BARNABAS HEALTH HOME CARE FOR VIOLATION OF AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby

**ORDERED**.

**THIS MATTER** having been brought to the Court on the motion of the debtor, by and through her counsel, Scura, Wigfield, Heyer & Stevens LLP, seeking the Court to Enter an Order holding the Barnabas Health Home Care ("Barnabas") in contempt of court and compelling Barnabas to pay damages and Debtor's reasonable attorneys fees and costs in connection with the present motion, and the Court having found that Barnabas knowingly violated the automatic stay provisions of 11 U.S.C A. §362; and the Court having considered this motion and any objection thereto; and arguments of counsel, if any; and good cause appearing;

**IT IS hereby ORDERED that:**

Barnabas is to immediately return post-petition garnished wages in the amount of $1,103.00.

**ORDERED**, Barnabas is directed to compensate the Debtor for damages in the amount of $_____ along with reasonable fees and costs of bringing this Motion in the amount of $1,500.00

**ORDERED**, that if Barnabas continues to garnish the Debtor's wages they are directed to compensate the Debtor for the monies garnished in addition to damages in the amount of $_____ per violation.

**FURTHER ORDERED**, that Barnabas shall remit the above approved damages to Debtor's counsel within seven (7) days of entrance this Order.